This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**JOSE MELENDEZ,**

Worker-Appellant,

**v.**                                                              **No. 32,293**

**SALLS BROTHERS CONSTRUCTION**
**and BITUMINOUS INSURANCE CO.,**

Employer/Insurer-Appellees.

**APPEAL FROM THE WORKERS' COMPENSATION ADMINISTRATION**
**Terry S. Kramer, Workers' Compensation Judge**

Mel B. O'Reilly
Albuquerque, NM

for Appellant

Doughty & West P.A.
Minerva Camp
Albuquerque, NM

for Appellees

## MEMORANDUM OPINION

**SUTIN, Judge.**

{1}     Summary affirmance in part, summary reversal in part, and remand was proposed for the reasons stated in the second notice of proposed summary disposition. No memorandum opposing that notice has been filed and the time for doing so has expired.

{2}     For the reasons set forth in our second notice of proposed summary disposition filed August 11, 2014, we AFFIRM in part, REVERSE in part, and REMAND to the workers' compensation administration for further proceedings.

{3}     **IT IS SO ORDERED.**


_____
**JONATHAN B. SUTIN, Judge**

**WE CONCUR:**


_____
**JAMES J. WECHSLER, Judge**


_____
**CYNTHIA A. FRY, Judge**